```
Entered on Docket
May 13, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 13, 2011

_____
          EDWARD D. JELLEN
          U.S. Bankruptcy Judge
```

1  EDDIE R. JIMENEZ (CA SBN 231239)
   MATTHEW R. CLARK (CA SBN 27103)
2  GABRIEL OZEL (CA SBN 269098)
   PITE DUNCAN LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

Attorneys for WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL J. FRITH AND MICHELE K. FRITH,<br><br><br><br><br><br><br><br>Debtor(s). | Case No. 10-70586-EDJ<br><br>Chapter 13<br><br>R.S. No. AMB-457<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: April 22, 2011<br>TIME: 10:00 AM<br>CTRM: 215<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on April 22, 2011, at 10:00 AM, in Courtroom 215, upon the Motion of Wells Fargo Bank, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Michael J. Frith and Michele K. Frith ("Debtors") commonly known as 2551 Lynn Ave, Concord, CA 94520-3012 (the "Real Property"), which is legally described as follows:

Lot 12 as shown on the Map of Concord Park, filed in Book 39 of Maps, Page 46, in the Office of the County Recorder of Contra Costa County.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

7. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

/./././

/./././

/./././

/./././

9. IT IS FURTHER ORDERED that the Trustee shall not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim within 30 days for any deficiency.

** END OF ORDER **

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |

1. 
2. Pite Duncan LLP
3. 4375 Jutland Drive, Suite 200
   P.O. Box 17933
   San Diego, CA 92177-0933
4. 
5. Michael J. Frith
   Michele K. Frith
   2551 Lynn Avenue
6. Concord, CA 94520-3012
7. Diana J. Cavanaugh
   Law Offices of Diana J. Cavanaugh
8. 2801 Concord Boulevard
   Concord, CA 94519
9. Debtor Attorney

10. Martha G. Bronitsky
    P.O. Box 5004
11. Hayward, CA 94540-5004
    Chapter 13 Trustee
12. 
    Wachovia Mortgage
13. c/o Servicing Agent and/or Managing Agent
    P.O. Box 659558
14. San Antonio, TX 78265-9558

- 4 -